UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV343 CDP |
| | ) | |
| ROBERT TRIVETTE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For reasons discussed on the record during oral argument, and because genuine disputes of material fact are apparent in the record,

**IT IS HEREBY ORDERED** that the parties' motions [## 41, 51, 52, 54] for summary judgment are DENIED.

**IT IS FURTHER ORDERED** that this case is set for a JURY trial on **August 10, 2009 at 8:30 a.m.** This is a special setting. Pretrial submissions are due no later than twenty (20) days prior to trial.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2009.